# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ELAINE T. MARSHALL,                                    NO.   2020 CW 0671
INDIVIDUALLY AND AS CO-
TRUSTEE OF THE MARSHALL
LEGACY FOUNDATION AND THE
MARSHALL HERITAGE
FOUNDATION, ET AL

VERSUS

PRESTON L. MARSHALL                                    **AUGUST 10, 2020**

---

In Re:    Preston L. Marshall, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 656183.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**STAY DENIED; WRIT DENIED.**

**AHP**
**WIL**

   **Higginbotham, J.,** concurs.   The criteria set forth in
**Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia,
Inc.,** 396 So.2d 878 (La. 1981) (per curiam) are not met.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT